FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | PLAINTIFF | CASE NUMBER |
|---|---|---|
| v. | | SA09-121 M |
| Karen Cu | DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Monday  3/23/09___, at ___1:30___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
        *(Other custodial officer)*

Dated: ___3/19/09___

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                              Page 1 of 1